Rel: May 17, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0898

Henry L. Penick v. Alabama State Bar (Appeal from Disciplinary Board of Alabama State Bar: ASB-2021-833 and ASB-2021-991).

MITCHELL, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Shaw, Bryan, and Mendheim, JJ., concur.